# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ROBINSON, | No. 4:17-CV-01416 |
| Plaintiff. | (Judge Brann) |
| v. | (Magistrate Judge Arbuckle) |
| JOEY LESCHINSKIE, *et al.*, | |
| Defendants. | |

## ORDER

### JULY 19, 2018

1. On August 10, 2017, Plaintiff filed a complaint against Defendants. ECF No. 1.

2. On August 10, 2017, Plaintiff filed a Motion for Leave to Proceed *in Forma Pauperis*. ECF No. 2.

3. On August 31, 2017, Plaintiff filed a Motion to Consolidate Cases pending before this Court. ECF No. 6.

4. On May 29, 2018, Magistrate Judge William I. Arbuckle issued a Screening Order instructing Plaintiff to file an Amended Complaint by June 20, 2018 to cure the defects found in the original Complaint. ECF No. 10.

5. Plaintiff failed to file an Amended Complaint by June 20, 2018.

6. In a June 27, 2018 Report and Recommendation, Magistrate Judge William I. Arbuckle recommended that this Court (1) dismiss Plaintiff's Complaint with prejudice; (2) deny Plaintiff's Motion to Consolidate Cases as moot; (3) deny Plaintiff's Motion to Appoint Counsel as moot; and (4) direct the Clerk of Court to close this case. ECF No. 11.

7. Plaintiff has not objected to that recommendation.

8. This Court has reviewed Magistrate Judge Arbuckle's Report and Recommendation and has determined that "there is no clear error on the face of the record."[1]

9. Therefore, **IT IS HEREBY ORDERED** that:

   a. Magistrate Judge Arbuckle's Report and Recommendation, ECF No. 11, is **ADOPTED**;

   b. Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**;

   c. Plaintiff's Motion to Consolidate Cases, ECF No. 6, is **DENIED AS MOOT;**

   d. Plaintiff's Motion to Appoint Counsel, ECF No. 9, is **DENIED AS MOOT**; and

---

[1] *Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) ("When no timely objection is filed [ to a Report and Recommendation], the court need only satisfy itself that there is no clear error on the face of the record in order to accept" it.)

e. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge